```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JUAN PEREZ, ANA DORANTES, DANIELE
FLUMIANI, ADRIAN HERNANDEZ, JESUS          19-cv-7403 (JGK)
NAVA, FABIO REYES, AND ANGEL TEPOLE,
                                           ORDER
                Plaintiffs,

        - against -

MEXICAN HOSPITALITY OPERATOR LLC
d/b/a COSME, COSME NY LLC d/b/a
COSME, ENRIQUE OLVERA AND DANIELA
SOTO-INNES,

                Defendants.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

   The time to file the joint pre-trial order is extended to **December 16, 2020.** If no joint pre-trial order is filed by that date, the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         December 2, 2020

                                   _____/s/ John G. Koeltl_____
                                         John G. Koeltl
                                   **United States District Judge**