UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

JUAN PEREZ, ET AL.,

                    Plaintiffs,

        - against -

MEXICAN HOSPITALITY OPERATOR, LLC,

                    Defendant.
————————————————————————————————

                                19-cv-7403 (JGK)

                                ORDER

JOHN G. KOELTL, District Judge:

    Defense Counsel should submit a more traditional lodestar application, including the hours, billing rates, and biographies for counsel and staff, including in the lodestar calculation, together with any court decisions approving the billing rates sought for the counsel in this case.

SO ORDERED.

Dated:    New York, New York
           January 15, 2021

                               /s/ John G. Koeltl
                                John G. Koeltl
                    United States District Judge